IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| REAGOR-DYKES MOTORS, LP et al | § § | Case No. 18-50214-rlj-11 |
| | | Jointly Administered |
| Debtors | § | |
| | § | |
| REAGOR AUTO MALL LTD.; | § | |
| REAGOR-DYKES AMARILLO, LP; | § | |
| REAGOR-DYKES FLOYDADA, LP; | § | |
| REAGOR-DYKES IMPORTS, LP; | § | |
| REAGOR-DYKES AUTO COMPANY, LP | § | |
| REAGOR-DYKES PLAINVIEW, LP; | § | |
| REAGOR-DYKES MOTORS, LP; and | § | |
| REAGOR-DYKES SNYDER, LP, | § | |
|     Plaintiffs | § § | |
| V. | § | Adversary No. 20-05002-rlj |
| | § | |
| FIRSTCAPITAL BANK OF TEXAS, N.A., | § | |
|     Defendant. | § | |

## STIPULATION EXTENDING DATE BY WHICH FIRSTCAPITAL BANK MUST RESPOND TO PLAINTIFFS' ORIGINAL COMPLAINT

Plaintiffs and Defendant, by and through their respective counsel, hereby give notice of their agreement to extend the date by which Defendant must respond to Plaintiff's Original Complaint (Doc. 1) to and including March 23, 2020.

**AGREED:**

*/s/ Joel R. Hogue*
Joel R. Hogue, SBN 09809720
joel.hogue@sprouselaw.com
John Massouh, SBN 24026866
john.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
Amarillo, Texas 79101
***Attorneys for Defendant FirstCapital Bank of Texas, N.A.***

*/s/ Andrew S. Hicks*
Andrew S. Hicks, SBN 24032419
ahicks@shjlawfirm.com
Marc S. Tabolsky, SBN 24037576
mtabolsky@shjlawfirm.com
Daniel E. Hinde, SBN 24002289
dhinde@shjlawfirm.com
SCHIFFER HICKS JOHNSON PLLC
700 Louisiana Street, Suite 2650
Houston, Texas 77002

Dustin Burrows, SBN 24048375
dustin@liggettlawgroup.com
Liggett Law Group, P.C.
1001 Main Street, Suite #300
Lubbock, Texas 79401

***Attorneys for Plaintiffs***

1125279_1.docx/4739.10002