IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP et al | § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtors | § | |
| | § | |
| REAGOR AUTO MALL LTD.; | § | |
| REAGOR-DYKES AMARILLO, LP; | § | |
| REAGOR-DYKES FLOYDADA, LP; | § | |
| REAGOR-DYKES IMPORTS, LP; | § | |
| REAGOR-DYKES AUTO COMPANY, LP | § | |
| REAGOR-DYKES PLAINVIEW, LP; | § | |
| REAGOR-DYKES MOTORS, LP; and | § | |
| REAGOR-DYKES SNYDER, LP, | § | |
|     Plaintiffs | § | |
| | § | |
| V. | § | Adversary No. 20-05002-rlj |
| | § | |
| FIRSTCAPITAL BANK OF TEXAS, N.A., | § | |
|     Defendant. | § | |

## JOINT REQUEST TO EXTEND DEADLINE TO CONDUCT BANKRUPTCY RULE 7026(f) CONFERENCE

Plaintiffs and Defendant, by and through their respective counsel, hereby request an extension of the deadline to conduct the Bankruptcy Rule 7026(f) conference for the following reasons:

1. On February 13, 2020, the Court entered its Order Regarding Adversary Proceedings Trial Setting and Alternative Scheduling Order (Doc. No. 5) requiring the parties to conduct a Bankruptcy Rule 7026(f) conference within thirty (30) days of the service of the summons on the Defendant.

2. Service of the summons on Defendant was completed on February 18, 2020 (Doc. No. 10), thus making March 19, 2020 the deadline for completion of the Bankruptcy Rule 7026(f) conference.

3. Because of mutual scheduling difficulties, the parties will not be able to conduct the Bankruptcy Rule 7026(f) by the March 19th deadline.

4. The parties are working to schedule a date during the week of March 23, 2020 to conduct the conference. They anticipate being able to submit a proposed scheduling order by the March 30, 2020 deadline (i.e. within 45 days of the February 12, 2020 filing date of this adversary proceeding).

WHEREFORE, the Plaintiffs and Defendant request an extension of the time within to conduct the Bankruptcy Rule 7026(f) conference through and including March 27, 2020.

*/s/ Joel R. Hogue*
Joel R. Hogue, SBN 09809720
joel.hogue@sprouselaw.com
John Massouh, SBN 24026866
john.massouh@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500
Amarillo, Texas 79101

*Attorneys for Defendant FirstCapital Bank of Texas, N.A.*

/s/ Andrew S. Hicks
Andrew S. Hicks, SBN 24032419
ahicks@shjlawfirm.com
Marc S. Tabolsky, SBN 24037576
mtabolsky@shjlawfirm.com
Daniel E. Hinde, SBN 24002289
dhinde@shjlawfirm.com
SCHIFFER HICKS JOHNSON PLLC
700 Louisiana Street, Suite 2650
Houston, Texas 77002

Dustin Burrows, SBN 24048375
dustin@liggettlawgroup.com
Liggett Law Group, P.C.
1001 Main Street, Suite #300
Lubbock, Texas 79401

***Attorneys for Plaintiffs***