IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP et al[1] | § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtors | § | |

| | | |
|---|---|---|
| REAGOR AUTO MALL LTD.; | § | |
| REAGOR-DYKES AMARILLO, LP; | § | |
| REAGOR-DYKES FLOYDADA, LP; | § | |
| REAGOR-DYKES IMPORTS, LP; | § | |
| REAGOR-DYKES AUTO COMPANY, LP | § | |
| REAGOR-DYKES PLAINVIEW, LP; | § | |
| REAGOR-DYKES MOTORS, LP; and | § | |
| REAGOR-DYKES SNYDER, LP, | § | |
|     Plaintiffs | § | |
| | § | |
| V. | § | Adversary No. 20-05002-rlj |
| | § | |
| FIRSTCAPITAL BANK OF TEXAS, N.A., | § | |
|     Defendant. | § | |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

Plaintiffs Reagor Auto Mall Ltd., et al and Defendant FirstCapital Bank of Texas, N.A. (collectively the "Parties") file this Joint Motion for Entry of Protective Order and respectfully show the Court as follows:

Certain documents relevant to this litigation contain confidential information, including proprietary information about the Parties' business operations. There is a compelling need for protecting the confidentiality of this information, as well as any discoverable, confidential and

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes III LLC, Reagor-Dykes Snyder, L.P. (Case No. 18-50321), (Case No. 18-50322), Reagor-Dykes II LLC (Case to Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

proprietary information that is produced. The Parties have agreed to the terms of a Protective Order, submitted herewith. The Parties agree that this Protective Order will help protect against the potentially damaging disclosure of confidential information.

Therefore, the Parties respectfully request that the Court enter the proposed Protective Order attached hereto as Exhibit A.

Respectfully submitted,

*/s/ Andrew S. Hicks*
Dustin Burrows
Texas Bar No. 24048375
LIGGETT LAW GROUP
1001 Main Street, Suite 300
Lubbock, Texas 79401
Tel:    (806) 744-4878
Fax:    (806) 744-8479
dustin@liggettlawgroup.com

Andrew S. Hicks
Texas Bar No. 24032419
Marc S. Tabolsky
Texas Bar No. 24037576
SCHIFFER HICKS JOHNSON PLLC
700 Louisiana Street, Suite 2650
Houston, Texas 77002
Tel:    (713) 357-5150
Fax:    (713) 357-5160
ahicks@shjlawfirm.com
mtabolsky@shjlawfirm.com

**ATTORNEYS FOR PLAINTIFFS**

and

*/s/Joel R. Hogue*
John Massouh, SBN 24026866
john.massouh@sprouselaw.com
Joel R. Hogue, SBN 09809720
joel.hogue@sprouselaw.com
SPROUSE SHRADER SMITH PLLC
701 S. Taylor, Suite 500 (79101)
P.O. Box 15008
Amarillo, Texas 79105
(806) 468-3300; (806) 373-3454 FAX

**ATTORNEYS FOR FIRSTCAPITAL
BANK OF TEXAS, N.A.**

## CERTIFICATE OF SERVICE

I hereby certify that, on March 30, 2020 a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas.

*/s/ Andrew S. Hicks*

Andrew S. Hicks