IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP et al | § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtors | § | |

| | | |
|---|---|---|
| REAGOR AUTO MALL LTD.; | § | |
| REAGOR-DYKES AMARILLO, LP; | § | |
| REAGOR-DYKES FLOYDADA, LP; | § | |
| REAGOR-DYKES IMPORTS, LP; | § | |
| REAGOR-DYKES AUTO COMPANY, LP | § | |
| REAGOR-DYKES PLAINVIEW, LP; | § | |
| REAGOR-DYKES MOTORS, LP; and | § | |
| REAGOR-DYKES SNYDER, LP, | § | |
|     Plaintiffs | § | |
| | § | |
| V. | § | Adversary No. 20-05002-rlj |
| | § | |
| FIRSTCAPITAL BANK OF TEXAS, N.A., | § | |
|     Defendant. | § | |

**<u>ORDER DENYING MOTION TO DISMISS</u>**

**CAME NOW TO BE CONSIDERED**, the *Motion to Dismiss* [Docket No.15] filed by FirstCapital Bank of Texas, N.A. in the above-styled and captioned adversary case. The Court has considered the motion, the brief in support, the response in opposition by Plaintiffs, and any other briefing and argument by counsel. IT IS ORDERED that First Capital Bank of Texas, N.A.'s Motion to Dismiss [Docket No. 15] is hereby **DENIED**.

# # # END OF ORDER # # #

**SUBMITTED BY**:

*/s/ Andrew S. Hicks*
Andrew S. Hicks
Texas Bar No. 24032419
Marc S. Tabolsky
Texas Bar No. 24037576
SCHIFFER HICKS JOHNSON PLLC
700 Louisiana Street, Suite 2650
Houston, Texas 77002
Tel: (713) 357-5150
Fax: (713) 357-5160
ahicks@shjlawfirm.com
mtabolsky@shjlawfirm.com

Dustin Burrows
Texas Bar No. 24048375
LIGGETT LAW GROUP, P.C.
1001 Main Street, Suite #300
Lubbock, Texas 79401
Tel:   (806) 744-8478
Fax:   (806) 744-8479
dustin@liggettlawgroup.com

**SPECIAL LITIGATION COUNSEL TO DEBTORS,
REAGOR-DYKES MOTORS, LP** *et al.*