IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| § | | |
| REAGOR-DYKES MOTORS, LP et al[1] § | Case No. 18-50214-rlj-11 | |
| § | Jointly Administered | |
| Debtors § | | |

| | | |
|---|---|---|
| DENNIS FAULKNER, TRUSTEE § | | |
| OF REAGOR-DYKES AUTO GROUP § | | |
| CREDITORS LIQUIDATING TRUST § | | |
|     Plaintiffs § | | |
| § | | |
| V. § | Adversary No. 20-05002-rlj | |
| § | | |
| FIRSTCAPITAL BANK OF TEXAS, N.A., § | | |
|     Defendant. § | | |

**UNOPPOSED MOTION TO FILE UNDER SEAL**

Plaintiff respectfully moves to seal the First Amended Complaint and exhibits. This Motion is unopposed. Plaintiff is filing these documents under seal, pending further order of the Court.

1.    The documents exchanged in this case are subject to an Agreed Protective Order governing the use of "Confidential Materials" designated as "CONFIDENTIAL" or "ATTORNEY EYES ONLY." If such Confidential Materials are to be filed with the Court, "the submission must be filed only under seal on CM/ECF if filed electronically…" P. 9,

---

[1] The Debtors are Reagor-Dykes Imports, LP (Case No. 18-50215), Reagor-Dykes Amarillo (Case No. 18-50216), Reagor-Dykes Auto Company, LP (Case No. 18-50217), Reagor-Dykes Plainview, LP (Case No. 18-50218), Reagor-Dykes Floydada, LP (Case No. 18-50219), Reagor-Dykes III LLC, Reagor-Dykes Snyder, L.P. (Case No. 18-50321), (Case No. 18-50322), Reagor-Dykes II LLC (Case to Mall Ltd (Case No. 18-50324) and Reagor Auto Mall I LLC (Case No. 18-50325).

Agd. Prot. Order [Dkt. 22].

2. On this date, Plaintiff is filing its First Amended Complaint. The First Amended Complaint includes certain information from documents designated as CONFIDENTIAL or ATTORNEYS' EYES ONLY by Defendant First Capital Bank of Texas, N.A.

3. As such, it is necessary that the First Amended Complaint be filed under seal.

4. Defendant is unopposed to the First Amended Complaint being filed under seal.

5. Plaintiff respectfully requests that the Court permanently maintain under seal the First Amended Complaint.

Respectfully submitted,

 /s/ *Marc S. Tabolsky*
Andrew S. Hicks
Texas Bar No. 24032419
Marc S. Tabolsky
Texas Bar No. 24037576
SCHIFFER HICKS JOHNSON PLLC
700 Louisiana Street, Suite 2650
Houston, Texas 77002
Tel:   (713) 357-5150
Fax:   (713) 357-5160
ahicks@shjlawfirm.com
mtabolsky@shjlawfirm.com

Dustin Burrows
Texas Bar No. 24048375
LIGGETT LAW GROUP
1001 Main Street, Suite 300
Lubbock, Texas 79401
Tel:   (806) 744-4878
Fax:   (806) 744-8479
dustin@liggettlawgroup.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF CONFERENCE

I hereby certify that Joel Hogue, counsel for defendant FirstCapital Bank of Texas, N.A., has confirmed in writing that FirstCapital does not oppose the relief sought in this Motion.

>                         */s/ Andrew S. Hicks*
>                            Andrew S. Hicks

## CERTIFICATE OF SERVICE

I hereby certify that, on September 25, 2020 a true and correct copy of the foregoing document was served on all parties consenting to electronic service of this case *via* the Court's *ECF system* for the Northern District of Texas.

>                         */s/ Marc S. Tabolsky*
>                            Marc S. Tabolsky