IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| REAGOR-DYKES MOTORS, LP et al. | § | Case No. 18-50214-rlj-11 |
| | § | Jointly Administered |
| Debtors | § | |

| | | |
|---|---|---|
| DENNIS FAULKNER, TRUSTEE | § | |
| OF REAGOR-DYKES AUTO GROUP | § | |
| CREDITORS LIQUIDATING TRUST | § | |
|    Plaintiffs | § | |
| | § | |
| V. | § | Adversary No. 20-05002-rlj |
| | § | |
| FIRSTCAPITAL BANK OF TEXAS, N.A., | § | |
|    Defendant. | § | |

## ORDER GRANTING MOTION TO FILE UNDER SEAL

**CAME NOW TO BE CONSIDERED**, the *Unopposed Motion to File Under Seal* filed by Plaintiffs in the above-styled and captioned adversary case. The Court has considered the

motion, and any other briefing and argument by counsel.  IT IS ORDERED that *Unopposed Motion to File Under Seal* is hereby **GRANTED**.  Plaintiffs' First Amended Complaint and Exhibits will remain under seal.

# # # END OF ORDER # # #

**SUBMITTED BY:**

*/s/ Andrew S. Hicks*
Andrew S. Hicks
Texas Bar No. 24032419
Marc S. Tabolsky
Texas Bar No. 24037576
SCHIFFER HICKS JOHNSON PLLC
700 Louisiana Street, Suite 2650
Houston, Texas 77002
Tel: (713) 357-5150
Fax: (713) 357-5160
ahicks@shjlawfirm.com
mtabolsky@shjlawfirm.com

Dustin Burrows
Texas Bar No. 24048375
LIGGETT LAW GROUP, P.C.
1001 Main Street, Suite #300
Lubbock, Texas 79401
Tel:    (806) 744-8478
Fax:   (806) 744-8479
dustin@liggettlawgroup.com

**COUNSEL FOR PLAINTIFF**